# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

**FILED**
**DEC 27 2011**
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Shaun Lorenzo Faulk ) | Case No: 2:03-CR-24-1BO |
| ) | USM No: 23853-056 |
| Date of Original Judgment: 08/31/2004 ) | |
| Date of Previous Amended Judgment: ) | Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant was sentenced at the statutory minimum and that minimum did not change as a result of the retroactive amendment.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated August 31, 2004 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12-23-11

*Judge's signature*

Effective Date: _____
*(if different from order date)*

U.S. District Judge Terrence W. Boyle
*Printed name and title*