# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Shaun Lorenzo Faulk                               Docket No. 2:03-CR-24-1BO

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shaun Lorenzo Faulk, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 50 Grams of Cocaine Base and Cocaine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 31, 2004, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Shaun Lorenzo Faulk was released from custody on April 14, 2014, at which time the term of supervised release commenced. Based upon his approved release plan, Faulk has been under the supervision of the probation office in the Eastern District of Virginia since his release. This office requests that the conditions of supervision be modified to include the drug aftercare condition specific to their district. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. If the defendant tests positive for the use of any controlled substance or the abuse of alcohol, the defendant shall participate in a program approved by the Probation Office for substance

Shaun Lorenzo Faulk
Docket No. 2:03-CR-24-1BO
Petition For Action
Page 2

abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/Julie Wise Rosa<br>Julie Wise Rosa<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: May 20, 2014 |

## ORDER OF COURT

Considered and ordered this 20 day of May, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge